2:21-cv-0006-JPH-MJD

Time: 4:00pm

FILED
01/04/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

To Whom it may concearn:

On the above date at 7:00 AM Mr. Freddrick Whitlock became ill and I later found out passed away due to Covid-19 and Heart Attack.

At approximately 9:30 am Vigo Co. Jail Staff came to B-Block and passed out cloth mask.

At approximately 2:00 pm all inmates in B-Block (33 inmates) was taken out to have Covid-19 test done. Of the 33 inmates that was tested five came back positive for Covid-19. I was one of the Five along with Joe Hofmann, Eric Matheny, Edward White and Jeff Reciprido.

At 3:30p all 33 inmates were put back in B-Block even those who were infected and tested positive for Covid-19.

Vigo Co Jail Staff Neglected to keep myself & other inmates safe and Neglected to give us propper Medical attention due to there Neglegence. The facility Staff is Not abiding

by the Law that mandates social distancing Nor did Mask get provided till after the death of Fredric Whitlock.

The Jail is still overcrowded where there are Inmates assigned three to a two man Cell, 5 to a 4 man cell and sometimes more.

I have heart complications which makes this Virus more fatal to me.

This matter Needs to be addressed imediately.

Respectfully submitted.

Gary L. Drum

12-04-20 Witnesses covid-19 cases positive in B-Block

~~[scribbled out]~~  ~~[scribbled out]~~

| Name | Signature | Status |
|---|---|---|
| Jeffrey Recupido | Jeff [signature] | covid-19 positive |
| Kory Wilke | Kory Wilke | |
| Peary Sandifer | Peary Sandifer | |
| Troy Brown | Troy Brown | |
| Terrell Bean | Terrell Bean | |
| Nathan Epple | Nathan Epple | |
| Khaleeq Jackson-Bey | Khaleeq Jackson-Bey | |
| Anthony Lewis | [signature] | |
| Gary L. Drum | Gary L. Drum | positive covid-19 |
| Joshua Beers | [signature] | |
| Floyd Cheesman JR | [signature] | |
| Edward J White | [signature] | Positive Covid-19 |
| James Fields | | |
| Michael Rude | Michael Rude | |
| Brad White | [signature] | |
| Joe Hofmann | Joe Hofmann | Positive covid-19 |
| Jeffery Weger | Jeffery Weger | |
| Christopher Bowman | Christopher Bowman | |
| John Keller | John Keller | |
| Durand Randall | Durand Randall | |
| Oliver Ellington IV | O.C. Ellington IV | |
| Eric Matheny | Eric Matheny | POSITIVE COVID 19 |
| Jonathan Olson | J. Olson | |
| Eric Throckmorton | Eric Throckmorton | |
| Jorgio Lowe | Jorgio Lowe | |
| Jacob Umphries | Jacob Umphries | |
| Micheal Collins | Micheal Collins | |