UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GARY L. DRUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:21-cv-00006-JMS-MJD |
| | ) |
| VIGO COUNTY JAIL STAFF, | ) |
| | ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

The Court now enters final judgment.

The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).

Date: 5/10/2021

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A Sharpe, Clerk of Court

By: _Michelle Tml_
Deputy Clerk

Distribution:

GARY L. DRUM
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807